390 A.2d 298

Commonwealth v. Tate, et al., Appellants.

Argued March 23, 1978.
Donald W. Miles, for appellants; S. Smookler, Assistant District Attorney; with him William H. Platt, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., dissented and would discharge all appellants.

SPAETH, J., did not participate in the consideration or decision of this case.